IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SHERTICE DANIELS                                                                                           PLAINTIFF

VS.                                                                              CIVIL ACTION NO. 2:23-cv-40-KS-RPM

COMMISSIONER OF SOCIAL SECURITY                                                          DEFENDANT

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court pursuant to the Report and Recommendation [15] of the United States Magistrate Judge entered on February 2, 2024.  The Report and Recommendation notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal.  *Id.*; *see* 28 U.S.C. § 636.

This Court, finding that there has been no submission of written objections by any party, finds that said Report and Recommendation should be adopted as the opinion of this Court. Accordingly, the determination of the Social Security Administration is reversed, and this case is remanded for further proceedings.  A separate judgment will be entered in accordance with this Order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the 22nd day of February, 2024.

/s/ Keith Starrett
UNITED STATES DISTRICT JUDGE